| | |
|---|---|
| 1 | **GUTRIDE SAFIER LLP** |
| | ADAM J. GUTRIDE (State Bar No. 181446) |
| 2 | adam@gutridesafier.com |
| | SETH A. SAFIER (State Bar No. 197427) |
| 3 | seth@gutridesafier.com |
| | TODD KENNEDY (State Bar No. 250267) |
| 4 | todd@gutridesafier.com |
| | 835 Douglass Street |
| 5 | San Francisco, California 94114 |
| | Telephone: (415) 789-6390 |
| 6 | Facsimile: (415) 449-6469 |
| 7 | |
| | Attorneys for Innovative Automation |
| 8 | |
| | JEN-FENG LEE (State Bar No. 204328 ) |
| 9 | KENNETH K. TANJI, JR. (State Bar No. 162273) |
| 10 | LT PACIFIC LAW GROUP LLP |
| | 17800 Castleton Street, #383 |
| 11 | Industry, California 91748 |
| | T: 626-810-7200 |
| 12 | F: 626-810-7300 |
| 13 | |
| | Attorneys for Defendants Vinpower, Inc. and Vinpower Digital, Inc. |
| 14 | |
| | Sterling A. Brennan (California State Bar No. 126019) |
| 15 | E-mail: sbrennan@wnlaw.com |
| | Tyson K. Hottinger (California State Bar No. 253221) |
| 16 | E-mail: thottinger@wnlaw.com |
| | WORKMAN | NYDEGGER A Professional Corporation |
| 17 | 20 Pacifica, Suite 1130 & 60 E. South Temple, Suite 1000 |
| | Irvine, California 92618 |
| 18 | Salt Lake City, Utah 84111 |
| | Telephone: (949) 242-1900 |
| 19 | Telephone: (801) 533-9800 |
| | Facsimile: (949) 453-1104 |
| 20 | Facsimile: (801) 328-1707 |
| 21 | Charles J. Veverka (*Admitted Pro Hac Vice,* Utah State Bar No. 07110) |
| | E-mail: cveverka@mgiip.com |
| 22 | Eric L. Maschoff (*Admitted Pro Hac Vice,* Utah State Bar No. 06608) |
| | E-mail: emaschoff@mgiip.com |
| 23 | Rachel Jacques (*Admitted Pro Hac Vice,* Utah State Bar No. 13250) |
| | E-mail: rjacques@mgiip.com |
| 24 | MASCHOFF GILMORE & ISRAELSEN |
| | 1441 West Ute Boulevard, Suite 100 |
| 25 | Park City, Utah 84098 |
| | Telephone: (435) 252-1360 |
| 26 | Facsimile: (435) 252-1361 |
| 27 | Attorneys for Plaintiff and Counter-defendant RIMAGE CORPORATION |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDIATECHNICS SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No. 5:11-CV-03~~409-EMC~~    11-3410 EMC<br><br>**STIPULATION TO THE RELATION OF CASES AND REASSIGNMENT TO MAGISTRATE JUDGE LLOYD** |
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISCOPYLABS,<br><br>    Defendant. | Case No. 5:1~~1-CV-03410-EMC~~    11-3411 EMC |
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACUTRACK, INC.,<br><br>    Defendant. | Case No. ~~5:11-CV-03~~411-EMC    11-3412 EMC |
| RIMAGE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>INNOVATIVE AUTOMATION LLC,<br><br>    Defendant. | Case No. 5:1~~1-CV-03412-EMC~~    11-4224 EMC |

The parties hereby stipulate to the relation of the above-captioned cases, and to the reassignment of those cases to Magistrate Judge Lloyd.[1]

Respectfully submitted,

Dated: February 23, 2012     GUTRIDE SAFIER LLP

/s/Todd Kennedy
TODD KENNEDY
Attorneys for Innovative Automation LLC

Dated: February 23, 2012     WORKMAN NYDEGGER

/s/ Charles Veverka
CHARLES VERVERKA
Attorneys for Defendant and counterplaintiffs Acutrack Inc. and DisCopyLabs, and Plaintiff Rimage Corporation

Dated: February 23, 2012     LT PACIFIC LAW GROUP LLP

/s/Jen-Feng Lee
JEN-FENG LEE
Attorneys for Defendants Vinpower Inc. and Vinpower Digital Inc.

IT IS SO ORDERED that the above four cases are related and are reassigned to Magistrate Judge Howard Lloyd to conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. The 2/24/12 telephone CMC is hereby vacated.

_____
Edward M. Chen, U.S. District Judge

---

[1] Although all defendants in *Innovative Automation v. Mediatechnics Systems, Inc.* have been served with the First Amended Complaint, defendants Mediatechnics Systems, Inc.; Richard Duwayne Wilson; and Tibi Szligaya have not responded or entered an appearance. Accordingly, those parties have not participated in this stipulation.

- 4 -

1 **CERTIFICATION PURSUANT TO GENERAL ORDER 45**

2     Pursuant to General Order 45X.B, I attest that the above signatories for Defendants

3 have concurred and consented to the filing of this document.

4 DATED: February 23, 2012

                                              */s/ Todd Kennedy*
                                              Todd Kennedy
                                              Attorney for Plaintiff Innovative
                                              Automation, LLC